UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STUART A. WILLIAMS,<br><br>           Plaintiff,<br><br>v.<br><br>RHONDA M. SIMPSON and<br>CONCRETE DEVELOPMENTS LLC,<br><br>           Defendants. | Civil Action No. 1:22-cv-00208-JL |

**PLAINTIFF'S STATUS REPORT RE PENNSYLVANIA LITIGATION**

      Following an in-chambers videoconference on September 28, 2022, this Court granted a stay of this action, and directed Plaintiff Stuart Williams to file a status report on December 27, 2022, and every ninety (90) days thereafter.  *See* Minute Entry dated September 30, 2022. Plaintiff filed his initial status report on December 27, 2022 (Doc. 15) and filed subsequent status reports on March 27, 2023 (Doc. 16), June 27, 2023 (Doc. 17), September 25, 2023 (Doc. 18), December 26, 2023 (Doc. 19), March 25, 2024 (Doc. 20), and June 24, 2024 (Doc. 23).  Plaintiff now submits this status report.

      As previously reported, the stay in this case was granted based on the pendency of a lawsuit brought by Plaintiff in the Court of Common Pleas in Allegheny County, Pennsylvania, Civil Division, Case No. 21-001084 (the "PA Litigation"); the two defendants in the present action in this Court, Rhonda M. Simpson ("Ms. Simpson") and Concrete Developments LLC ("Concrete Developments"), are two of the ten (10) named defendants in the PA Litigation.

      The present status of the PA Litigation is as follows.  In prior status reports, Plaintiff had advised the Court that two other defendants in the PA Litigation, David Cherup ("Mr. Cherup") and Concrete Stonemasters of Florida, LLC, had filed a Petition to Open/Strike Judgment in that

action. In connection with that Petition, Plaintiff and Mr. Cherup have now been deposed. The PA Court has scheduled argument on October 25, 2024. Mr. Cherup's Brief in Support of the Petition is due on October 11, 2024 and Plaintiff's Brief in Opposition is due on October 18, 2024. In addition, defendant David Montoya filed a *pro se* Writ of Coram Nobis asserting that he is a sovereign citizen not subject to the PA Court's jurisdiction and requesting that the PA Court dismiss the PA Litigation with prejudice. On August 13, 2024, Plaintiff filed an opposition to this Writ of Coram Nobis. The Court has yet to schedule argument on that matter. Plaintiff also intends to proceed with discovery in the PA Litigation as to Ms. Simpson and an employee of Concrete Developments.

Plaintiff will provide this Court with a further update concerning the PA Litigation in ninety (90) days, on December 23, 2024.

Dated:  September 23, 2024                    Respectfully submitted,

*/s/ Laura L. Carroll*
Laura L. Carroll (NH Bar #17444)
ARENTFOX SCHIFF LLP
800 Boylston Street, 32nd Floor
Boston, MA 02199|
Tel: 617-973-6100
Email:  laura.carroll@afslaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically served a copy of this document on all counsel of record via the Court's CM/ECF system, pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated:  September 23, 2024                    */s/ Laura L. Carroll*
                                              Laura L. Carroll

2

AFSDOCS:300155984.1